FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01514-OES

CHRISTOPHER E. SKODMIN,

    Plaintiff,

v.

FRED OLIVA: Director of Corrections, 10500 E. Smith Rd., Denver, CO 80239, and
DEPUTY SHERIFF SIMPLEMAN # 03015, 10500 E. Smith Rd., Denver, CO 80239,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT

Plaintiff Christopher E. Skodmin is incarcerated at the Colorado Department of Corrections and currently is held at the Denver Reception and Diagnostic Center. On August 1, 2005, Plaintiff submitted a Prisoner Complaint to the Court. The Court must construe the Complaint liberally, because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If a complaint reasonably can be read "to state a valid claim on which [a] plaintiff could prevail, [a court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, a court should not act as a *pro se* litigant's advocate. *See id.*

In the Complaint, Plaintiff alleges one claim, that while he was being escorted out of his unit on March 7, 2005, Defendant Sheriff Simpleman forcefully pushed him from

behind, violently threw him out of the way, and caused him to incur a broken arm. Plaintiff further asserts that Defendant Simpleman acted in violation of his Eighth Amendment rights and contrary to Denver County Jail policies and procedures, in that Defendant Simpleman failed to use only reasonable force. Plaintiff seeks monetary damages. He also asserts that he has exhausted his administrative remedies.

With respect to Defendant Fred Oliva, Plaintiff must allege personal participation. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, a plaintiff must show that each defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). Plaintiff does not state that Defendant Oliva is responsible for the injury he incurred and for violating his Eighth Amendment rights.

Therefore, Plaintiff will be directed to amend the Complaint, if he desires to pursue his claims, to assert not only how Defendant Simpleman is responsible for his injury, but also how Defendant Oliva caused the alleged injury.

Plaintiff should take note that an amended complaint supersedes the original complaint. **See Boelens v. Redman Homes, Inc.**, 759 F.2d 504, 508 (5th Cir. 1985); **Cameron v. Fogarty**, 705 F.2d 676 (2d Cir. 1983); **London v. Coopers & Lybrand**, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, **Federal Practice and Procedure** § 1476 (1990). Plaintiff's Amended Complaint must contain all the alleged

2

claims, the request for relief, and a listing of all of the named Defendants, in other words, all information requested on the Court-approved Prisoner Complaint form. Accordingly, it is

ORDERED that Plaintiff file, **within thirty (30) days from the date of this Order**, an Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Amended Complaint shall be titled, "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that Plaintiff submit sufficient copies of the Amended Complaint to serve each named Defendant. It is

FURTHER ORDERED that, if Plaintiff fails to file, **within thirty (30) days from the date of this Order**, an original and sufficient copies of an Amended Complaint that complies, to the satisfaction of the Court, with this Order the action will be dismissed without further notice.

DATED at Denver, Colorado, this 23 day of AUGUST, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01514-OES

Christopher E. Skodmin
Prisoner No. 1416586
10500 E. Smith Rd
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  8-23-5

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk