IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01514-REB-OES

CHRISTOPHER E. SKODMIN,

    Plaintiff,

v.

FRED OLIVA, Director of Corrections, 10500 E. Smith Road, Denver, CO 80239, and
DEPUTY SHERIFF J. SIMPLEMAN #03015, 10500 E. Smith Road, Denver, CO 80239,

    Defendants.

---

### ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants;

    2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

      4. That after service of process on the defendants, the defendants or counsel for the defendants shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

      Dated September 28, 2005, at Denver, Colorado.

                              BY THE COURT:

                              <u>s/ Robert E. Blackburn</u>
                              Robert E. Blackburn
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01514-REB-OES

Christopher E. Skodmin
Prisoner No. 61256
DRDC
PO Box 392004
Denver, CO 80239-8004

US Marshal Service
Service Clerk
Service forms for:  Fred Oliva, and Deputy Sheriff J. Simpleton

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal for process of service on Fred Oliva and Deputy Sheriff J. Simpleton: AMENDED COMPLAINT FILED 9/15/05, SUMMONS, AND CONSENT FORM on  9/29/05  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk