**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Robert E. Blackburn, Judge**

Civil Action No.  05-cv-01514-REB-CBS

CHRISTOPHER E. SKODIN,

     Plaintiff,

v.

FRED OLIVA, and
SHERIFF SIMPLEMAN,

     Defendant(s).

---

### ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

**Blackburn, J.**

     Pursuant to D.C.COLO.LCivR 72.2, on the 31st day of October, 2005, Magistrate Judge, Craig B. Shaffer, notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

     IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge purusant to 28 U.S.C. § 636(c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Shaffer; and

3. On such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated: October 31, 2005

                                BY THE COURT:

                                s/ Robert E. Blackburn
                                Robert E. Blackburn
                                United States District Judge

### NOTICE OF REASSIGNMENT

     Pursuant to the above Order, this civil action is reassigned to United States Magistrate Judge

_____

                                Gregory C. Langham, Clerk
                                By_____
                                      Deputy Clerk