IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01514-MEH-CBS

CHRISTOPHER E. SKODMIN,

      Plaintiff,

v.

FRED OLIVA, Director of Corrections,
DEPUTY SHERIFF J. SIMPLEMAN #03015, and
DEPUTY SHERIFF PACHECO #50072,

      Defendants.

## ORDER ACCEPTING FILING OF SECOND AMENDED COMPLAINT

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Plaintiff has previously filed an Amended Complaint in this case (Docket #9), and the Defendants filed their Answer to the Amended Complaint on October 31, 2005 (Docket #19). Therefore, before filing another amendment to his Amended Complaint, the Plaintiff generally must ask permission of the Court. *See* Fed.R.Civ.P. 15(a). At the Scheduling/Status Conference held on March 13, 2006, the Plaintiff was instructed that if he wanted to again amend his Complaint, he needed to submit a motion requesting permission to do so and file a proposed Second Amended Complaint with the motion. However, on April 17, 2006, the Plaintiff filed a Second Amended Complaint without first seeking permission from the Court to do so.

While the Plaintiff's action is contrary to the Federal Rules of Civil Procedure, on April 18, 2006, all named Defendants filed their Answer to Prisoner's Amended Complaint (Docket #41).

Accordingly, the Defendants, including newly named Defendant Pacheco, are deemed to have granted consent to Plaintiff's filing of the Second Amended Complaint under Fed.R.Civ.P. 15(a), and the Second Amended Complaint shall stand as the operative pleading for the Plaintiff in this action.

Dated at Denver, Colorado, this 19th day of April, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge