IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01514-MEH-CBS

CHRISTOPHER E. SKODMIN,

    Plaintiff,

v.

FRED OLIVA, Director of Corrections, and
DEPUTY SHERIFF J. SIMPLEMAN #03015,
DEPUTY SHERIFF PACHECO, #50042,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 5, 2007.**

    The Plaintiff's Letter (Motion) to Remove Case Manager from Future Mailings [filed August 7, 2007; doc # 87] is **granted**. The Clerk of the Court is directed to remove the Case Manager as an "Interested Party" in this action.