IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01514-MEH-CBS

CHRISTOPHER E. SKODMIN,

    Plaintiff,

v.

FRED OLIVA, Director of Corrections, and
DEPUTY SHERIFF J. SIMPLEMAN #03015,
DEPUTY SHERIFF PACHECO, #50042,

    Defendants.

## SUPPLEMENTAL ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

To supplement its Order on Plaintiff's Motion to Remove It's [sic] Finding of Dismisal [sic] with Perjudice [sic] ("Motion"), the Court notes that Plaintiff timely filed a Reply to the within Motion, which was docketed a day late [doc #90]. Nevertheless, after careful review of the Plaintiff's Reply, the Court adheres to its original Order [filed September 5, 2007; doc #89], and finds that Plaintiff's Motion is **denied**.

Dated at Denver, Colorado, this 5th day of September, 2007.

                                        BY THE COURT:

                                        s/Michael E. Hegarty
                                        Michael E. Hegarty
                                        United States Magistrate Judge